UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>   Defendant. | Civil Action No. 24-1829 (RDM)<br>[First Filed Case] |
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>   Defendant. | Civil Action Nos.<br>24-1887 (APM)<br>24-1926 (JMC)<br>24-1957 (RC)<br>24-2027 (APM)<br>24-2039 (RDM)<br>24-2077 (JMC)<br>24-2099 (RC) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to consolidate, and the entire record herein, it is hereby

ORDERED that Defendant's motion to consolidate motion is GRANTED, and it is further

ORDERED that this case is consolidated with Civil Action Nos. 24-1887 (APM), 24-1926 (JMC), 24-1957 (RC), 24-2027 (APM), 24-2039 (RDM), 24-2077 (JMC), and 24-2099 (RC).

.

- 2 -

SO ORDERED:


_____           _____
Date                                                                    RANDOLPH D. MOSS
                                                                              United States District Judge